UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

In re:

RICHARD RIGBY                          Case No.  16-50016-KKS
                                       (Chapter 7)


_____ Debtor    /


**<u>TRUSTEE'S NOTICE OF FINAL DIVIDENDS TO CREDITORS</u>**

The trustee herein files this Notice of Dividends to the creditors of this estate.  Attached hereto is the Trustee's Final Dividend made to creditors.

The dividend checks were mailed to creditors on May 4, 2017.

<u>/s/ John E.  Venn, Jr.</u>
JOHN E. VENN, JR.
FL Bar No. 184992
220 W. Garden St.
Suite 603
Pensacola, FL 32501
(850) 438-0005
johnevennjrpa@aol.com

FINAL DISTRIBUTION
# PROPOSED DISTRIBUTION

Case Number: 16-50016KKS  Page 1  Date: May 3, 2017
Debtor Name: RIGBY, RICHARD MILTON

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $4,110.00 |
| | **Claim Type C01 - Trustee Fees** | | | | | | | |
| | JOHN E. VENN, JR., TRUSTEE COMPENSATION | Admin | 010 | $1,050.00 | $0.00 | $1,050.00 | $1,050.00 | $3,060.00 |
| | **Subtotal For Claim Type C01** | | | $1,050.00 | $0.00 | $1,050.00 | $1,050.00 | |
| | **Claim Type E01 - Trustee Expenses** | | | | | | | |
| | JOHN E. VENN, JR., TRUSTEE EXPENSES | Admin | 010 | $118.32 | $0.00 | $118.32 | $118.32 | $2,941.68 |
| | **Subtotal For Claim Type E01** | | | $118.32 | $0.00 | $118.32 | $118.32 | |
| | Subtotals For Class Administrative  100.00000 % | | | $1,168.32 | $0.00 | $1,168.32 | $1,168.32 | |
| | **Claim Type P08 - Section 507(a)(8)** | | | | | | | |
| 000001A | IRS<br>Centralized Insolvency Operation<br>PO Box 7317<br>Philadelphia, PA 19191-7317 | Priority | 030 | $63,141.74 | $0.00 | $63,141.74 | $2,941.68 | $0.00 |
| | **Subtotal For Claim Type P08** | | | $63,141.74 | $0.00 | $63,141.74 | $2,941.68 | |
| | Subtotals For Class Priority    4.65885 % | | | $63,141.74 | $0.00 | $63,141.74 | $2,941.68 | |
| | **Claim Type U00 - Unsecured-No Description** | | | | | | | |
| 000002 | Trustmark National Bank<br>PO Box 291<br>Jackson, MS 39205 | Unsec | 050 | $79,425.97 | $0.00 | $79,425.97 | $0.00 | $0.00 |
| 000003 | Innovations Federal Credit Union<br>PO Box 15529<br>Panama City, FL 32406-5529 | Unsec | 050 | $23,194.99 | $0.00 | $23,194.99 | $0.00 | $0.00 |
| 000004 | Centennial Bank<br>Capital Recovery Advisors<br>2400 Augusta Drive, Suite 212<br>Houston, TX 77057 | Unsec | 050 | $3,602,271.66 | $0.00 | $3,602,271.66 | $0.00 | $0.00 |
| | **Subtotal For Claim Type U00** | | | $3,704,892.62 | $0.00 | $3,704,892.62 | $0.00 | |
| | **Claim Type U05 - Unsecured Fine or Penalty Section 7** | | | | | | | |
| 000001B | Internal Revenue Service<br>P. O. Box 7317<br>Philadelphia, PA 19101-7317 | Unsec | 060 | $11,490.18 | $0.00 | $11,490.18 | $0.00 | $0.00 |

FINAL DISTRIBUTION
## PROPOSED DISTRIBUTION

Case Number: 16-50016KKS  Page 2  Date: May 3, 2017
Debtor Name: RIGBY, RICHARD MILTON

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | **Subtotal For Claim Type U05** | | | $11,490.18 | $0.00 | $11,490.18 | $0.00 | |
| | Subtotals For Class Unsecured | 0.00000 % | | $3,716,382.80 | $0.00 | $3,716,382.80 | $0.00 | |
| << Totals >> | | | | $3,780,692.86 | $0.00 | $3,780,692.86 | $4,110.00 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.